

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2022

No. 04-22-00111-CV

Reginald **WILDER** II,
Appellant

v.

**TEXAS WORKFORCE COMMISSION**,
Appellee

# O R D E R

On January 25, 2022, the Texas Workforce Commission sent Appellant Reginald Wilder II its "Findings and Decisions of Commission Upon Review of Claim for Benefits." In its decision, the Commission denied Appellant's motion for rehearing.

On February 22, 2022, Appellant filed a notice of appeal in this court seeking "a review of TWC Case # 2470474-3."

"A party aggrieved by a final decision of the commission may obtain judicial review of the decision by bringing an action in a court of competent jurisdiction for review of the decision against the commission . . . ." TEX. LABOR CODE ANN. § 212.201; *see Stoker v. TWC Comm'rs*, 402 S.W.3d 926, 928 (Tex. App.—Dallas 2013, no pet.). "Judicial review . . . is by trial de novo based on the substantial evidence rule." TEX. LABOR CODE ANN. § 212.202; *see Tex. Workforce Comm'n v. Wichita Cty.*, 548 S.W.3d 489, 492 n.2 (Tex. 2018) (recognizing that the trial court conducts the trial de novo).

From the limited record before us, it does not appear that Appellant is seeking to appeal from a trial de novo in the district court, *contra* TEX. LABOR CODE ANN. §§ 212.201, .202, and this court is not a court of competent jurisdiction for a trial de novo, *see Wichita Cty.*, 548 S.W.3d at 492 n.2.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. If Appellant fails to show cause as ordered, this appeal will be dismissed *without further notice*.

All other appellate deadlines are SUSPENDED pending further order of this court.

FILE COPY

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2022.

MICHAEL A. CRUZ, Clerk of Court